UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

----------------------------------X

LARISA YEZERETS,                              STIPULATION AND
                                              ORDER OF DISMISSAL
            Petitioner,
                                              Civil Action
   - against -                                No. CV-05-3658

ALBERTO GONZALES,                             (Block, J.)
US Attorney General,                          (Pollak, M.J.)
MICHAEL CHERTOFF,
Secretary of the Department of
Homeland Security (DHS),
MICHAEL PETRUCELLI,
Director for the United States
Citizenship and Immigration
Services (USCIS), and
MARY ANN GANTNER,
District Director for the New
York City USCIS District,

            Respondents.
----------------------------------X

   IT IS HEREBY STIPULATED AND AGREED by and between the parties to this

action that this action be dismissed pursuant to Rule 41 of the Federal Rules of Civil

Procedure. This dismissal is with prejudice.

Each party is to bear its own costs, fees, including attorney's fees, and disbursements.

Dated: New York, New York
October 11, 2005

Attorney for the Petitioner

*/s/ Matiyc*

IRINA MATIYCHENKO, ESQ.
New York Legal Assistance Group
450 W. 33rd Street, 11th Floor
New York, New York 10001

Dated: New York, New York
October 12, 2005

Attorney for the Respondents

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
1 Pierrepont Plaza, Fourteenth Floor
Brooklyn, New York 11201

By: _____
RONALD W. KISH
Special Assistant United States Attorney
(212) 264-3475

SO ORDERED:

Dated: Brooklyn, New York
October 18, 2005

_____
HONORABLE FREDERIC BLOCK
United States District Judge